ERNEST PANUNZIO, as Administrator of the Estate of THOMAS PANUNZIO, Deceased, Appellant, *v.* STATE OF NEW YORK, Respondent.   (Claim No. 24900.)

Argued March 2, 1944; decided April 13, 1944.

*Bernard Ellenbogen* and *Andrew J. Malatesta* for appellant.
*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd* of counsel), for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.